UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAR 2 0 2024
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| JOSE CARLOS VALENCIA-CRUZ, ) | 4:24cr135-RWS/NCC |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about March 7, 2024, in the Eastern District of Missouri, the defendant,

**JOSE CARLOS VALENCIA-CRUZ,**

an alien, was found in the United States after having been removed to Mexico, without having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
COLLEEN LANG, #56872MO
GEOFFREY S. OGDEN, #66930
Assistant United States Attorneys